IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IMPACT, INC., an Illinois nonprofit corporation, and METROPOLITAN ST. LOUIS EQUAL HOUSING OPPORTUNITY COUNCIL, INC., a Missouri nonprofit corporation,**

        **Plaintiff,**

    **-vs-**                                      **No. 04-CV-705 DRH**

**GRANITE CITY HOUSING AUTHORITY and ENVIRONS ARCHITECTS-PLANNERS, INC., an Illinois corporation,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' Motion to Dismiss.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs' motion is **GRANTED** and this cause of action is **DISMISSED with prejudice.**

                                            **NORBERT G. JAWORSKI, CLERK**

February 17, 2006                          By:   s/ Patricia Brown
                                                                Deputy Clerk

APPROVED:/s/   David   RHerndon
              **U.S. DISTRICT JUDGE**